UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:18-CR-38-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| RONALD WYNN | |

On motion of the Defendant, Ronald Wynn, and for good cause shown, it is hereby ORDERED that **DE 46** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 28 day of September 2022.

JAMES C. DEVER III
United States District Judge